IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRANCE TURNER, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00056-MTT |
| | * |
| ADP CORPORATION, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 2, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of March, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk